IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARDO VASQUEZ AGUIRRE,

    Petitioner,                    No. CIV S-06-1487 MCE KJM P

  vs.

ROSANNE CAMPBELL, et al.,

    Respondents.               ORDER

/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        On November 10, 2006, petitioner filed a motion seeking leave to file an amended petition. Under Rule 15(a) of the Federal Rules of Civil Procedure, petitioner's request will be granted. Petitioner filed a motion on July 5, 2006 asking that the court stay his original habeas petition. Since the original habeas petition is no longer operative, petitioner's July 5, 2006 request for a stay will be denied.

        Petitioner has also filed a motion asking that his amended petition be stayed pending exhaustion of state court remedies. It appears petitioner has not exhausted state court remedies with respect to claims 4 though 8 in his amended petition. In Rhines v. Weber, 544 U.S. 269, 125 S.Ct. 1528, 1535 (2005), the Supreme Court recognized the district court's

authority to stay a mixed petition for writ of habeas corpus (one in which a habeas petitioner asserts some claims where state court remedies have been exhausted and some claims where state court remedies have not been exhausted) if the court finds good cause for petitioner's failure to exhaust earlier and merit to the claims petitioner is seeking to exhaust.

As it stands petitioner has failed to meet the Rhines standard. The court will give petitioner leave to file a third motion for stay, but if petitioner fails to file a third motion, or to meet the Rhines standard in his third motion, this action will proceed on claims 1 through 3 in the amended petition already on file.

In accordance with the above, IT IS HEREBY ORDERED that:

1. Petitioner's request for leave to file an amended petition is granted;

2. The Clerk of the Court is directed to remove petitioner's proposed amended petition from the document filed on November 10, 2006 and docket it separately;

3. Petitioner's July 5, 2006 request for a stay is denied;

4. Petitioner's October 10, 2006 request for a stay is denied; and

5. Petitioner is granted thirty days within which to file a third motion for stay in accordance with the above. If petitioner fails to file a motion for stay within thirty days, or satisfy the standards in Rhines in any such motion, this action will proceed on claims 1 through 3 in petitioner's amended petition.

DATED: April 16, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
agui1487.mfs(10.10.06)

2