IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **BERNARDO VASQUEZ AGUIRRE,** | CIV S-06-1487 MCE KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **ROSANNE CAMPBELL, et al.,** | |
| Respondents. | |

Good cause appearing, it is hereby ordered that Respondents' response to Petitioner's Petition for Writ of Habeas Corpus be filed on or before January 28, 2008.

Dated: January 11, 2008.

_____
U.S. MAGISTRATE JUDGE

Order

1