IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERNARDO VASQUEZ AGUIRRE,

    Petitioner,                   No. CIV S-06-1487 MCE KJM P

    vs.

ROSANNE CAMPBELL, et al.,

    Respondents.               ORDER

_____/

    Petitioner has requested an extension of time to file and serve a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

    1. Petitioner's request for an extension of time (Docket No. 27) is granted; and

    2. Petitioner is granted thirty days from the date of this order in which to file and serve a traverse.

DATED: May 2, 2008.

                                                    U.S. MAGISTRATE JUDGE

1/mp
agui1487.111(2)